MATHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, NJ 08625-0112
Attorney for Defendants,
New Jersey Transit and Vincent Bella

By:  Joseph D. Sams
     Deputy Attorney General
     Attorney ID: 033061987
     (609) 376-2440
     Joseph.Sams@law.njoag.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
VICINAGE OF NEWARK

| | |
|---|---|
| MICHELLE BOYKINS,<br><br>          Plaintiff,<br>     v.<br><br>NEW JERSEY TRANSIT, its employees, agents and/or servants, and VINCENT BELLA,<br><br>          Defendants. | Civil Action No.<br><br><br>**NOTICE OF REMOVAL** |

TO:  **Via CM/ECF**
     Clerk of the Court
     Martin Luther King Building & U.S. Courthouse
     50 Walnut Street, Room 4015
     Newark, NJ 07101


     **Via Email**
mboykins99@gmail.com


     **Via U.S. Mail**
     Michelle Boykins
     6 Hamlet Ct.
     Somerset, NJ 08873

Defendants New Jersey Transit and Vincent Bella, pursuant to U.S.C. 1331, 1441, and 1446, hereby remove this action pending in the Superior Court of New Jersey, Law Division, Civil Part, Essex County, bearing Docket No. ESX-L-1835-23, to the United States District Court for the District of New Jersey. As grounds for removal, Defendants state the following:

1.    Complaint: On or about March 17, 2023, Plaintiff, Michelle Boykins, filed a Complaint and Jury Demand (hereinafter "Complaint") in the Superior Court of New Jersey, Essex County, against Defendants. *See* State Court Docket Sheet and Complaint, attached hereto as Exhibits A and B, respectively.

2.    The Complaint includes claims under 42 U.S.C. §§ 1981, 1983 and 1985; the New Jersey Law Against Discrimination, N.J. Stat. Ann. §§ 10:5-1 to 5-49; Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2; and state law torts including civil conspiracy. Specifically, Plaintiff Michelle Boykins alleges that Defendants engaged in unlawful employment discrimination and retaliation on the basis of Plaintiff's race and gender. *See* Exhibit A.

3.    Basis for Jurisdiction of this Court: The basis for jurisdiction in this Court is federal question jurisdiction, pursuant to 28 U.S.C. § 1331. As set forth above, Plaintiff alleges violations of federal law, namely 42 U.S.C. §§ 1981,

2

1983, and 1985, *see* Complaint, First Count, ¶¶ 56-59, as well as Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2, *see* Complaint, Third Count, ¶¶ 64-73.

4.    Timeliness of Removal: Service was accepted by Defendant New Jersey Transit on April 3, 2023. Service was accepted by Defendant Vincent Bella on April 6, 2023. As the deadline for the filing of this Notice of Removal was Saturday, May 6, 2023, by operation of Fed. R. Civ. P. 6(a)(1), the time for filing is extended to the next business day, May 8, 2023 (today). Accordingly, this Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b)(2)(B).

5.    State court file: The undersigned counsel has attached hereto as Exhibits A, B, C and D, an electronic copy of the documents comprising the state court file bearing docket number ESX-L-1835-23. A Notice of Filing of Notice of Removal will be filed in the state court following the filing of this Notice of Removal.

**WHEREFORE**, Defendants New Jersey Transit and Vincent Bella respectfully request that this action be removed from the Superior Court of New Jersey, Law Division, Essex County, New Jersey, that the United States District Court, District of New Jersey exercise jurisdiction over this matter, and that this Court grant any and all other appropriate relief as the Court deems just and proper.

3

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:  s/ Joseph D. Sams
     Joseph D. Sams

Dated: May 8, 2023        Deputy Attorney General

4